IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:08-CV-427-MR-DCK

| | |
|---|---|
| KEVIN MICHAEL SMITH, ) | |
| ) | |
| Plaintiff, ) | **NOTICE** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the *pro se* Plaintiff's "Motion for Injunctory Relief with Service" (Document No. 4). The undersigned has carefully considered the record, and will **deny** the motion at this time for the following reasons:

The Plaintiff's hand-written letter has been entered in the docket as a motion. Although it is difficult to read in places, he indicates in his own words and spelling, that:

> "Herein now comes forth the Plaintiff before the Honorable Courts and Justices to present Grounds for Action and Relief and in the above titled matter and move for Injunction Relief of Cease and Desist Order and Return of Property and Ownership to the above titled plaintiff, with Bond Restitution and Defendant Bond (illegible) Processing. Plaintiff cites common law holdings of Procedure and Right, both Substantive and Adjective in nature with further application of Local Rules of the Court's Seatus, Western District, inter alia o' inter alaia o' inter alalia.
>
> to time frame of March 2001 to December 2002 and Complaints filed interim and inter an inter alia alalia o' inter alaia thereof with Non-Docket Deposition from dates of January 22, 2008 through February 14, 2008.
>
> Plaintiff moves the Court for finding of furtherance in the interim time chronological to present and filing has both colorative [?] and terra Firma Foundation as to instant action, hereby, annexed.

> Plaintiff prays the Court and Justices for energentant relief and Defendants Restraintment form Practice of Medicine and Liberty of Freedom or Right to communicate with Colleagues, Associates, Acquaintances, or Perimeter the Plaintiff out of faculty of sight or Physical well-being or Premises (tangential operation) and for further award of equitable relief transmitted and indices to January, Department of Veterans Affairs and Financial Institution of Plaintiff has previous ordered." (Document No. 4).

Local Rule 7.1 provides that "[m]otions will ordinarily be ruled upon without oral argument, unless otherwise ordered by the Court." L.Cv.R. 7.1. Plaintiff is not entitled to a hearing or any other relief on these allegations.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Motion for Injunctory Relief with Service" (Document No. 4) is **DENIED**.

Signed: March 3, 2009

David C. Keesler
United States Magistrate Judge