IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:08-CV-427-MR-DCK

| | |
|---|---|
| KEVIN MICHAEL SMITH, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the *pro se* Plaintiff's document styled as a "Judicial Response to Order Praying Relief and Reconsideration with Notice," construed as a "Motion for Reconsideration" (Document No. 17). Having fully considered the record, the undersigned will **deny** the motion. Although the Plaintiff initially appears to dispute the substitution of the United States as Defendant, the remainder of the "motion" is garbled and largely incomprehensible. The Plaintiff has not shown any reason why any of this Court's prior orders should be reconsidered or modified in any way.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Motion for Reconsideration" (Document No. 17) is **DENIED**.

Signed: March 23, 2009

David C. Keesler
United States Magistrate Judge