# United States District Court
# For The Western District of North Carolina
# Charlotte Division

KEVIN MICHAEL SMITH,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                            3:08CV427

UNITED STATES OF AMERICA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 2, 2009 Order.

Signed: June 2, 2009

Frank G. Johns, Clerk
United States District Court